THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DISTRICT AT CINCINNATI

GS HOLISTIC, LLC,

Plaintiff,

v.

CRYSTALS UP IN SMOKE INC.,
d/b/a IN SMOKE, *et al.*,

Defendants.

Case Nos. 1:23-cv-627
1:23-cv-634
1:23-cv-635
1:23-cv-636
1:23-cv-638
1:23-cv-641
1:23-cv-648
1:23-cv-671
1:23-cv-672
1:23-cv-673
1:23-cv-674
1:23-cv-677
1:23-cv-708
1:23-cv-709
1:23-cv-730
2:23-cv-3218
2:23-cv-3230
2:23-cv-3231
2:23-cv-3234
2:23-cv-3472
2:23-cv-3571
2:23-cv-3578
2:23-cv-3586
2:23-cv-3601
2:23-cv-3602
2:23-cv-3604
2:23-cv-3606
2:23-cv-3752
2:23-cv-3760
2:23-cv-3761
2:23-cv-3762
2:23-cv-3782

2:23-cv-3786
2:23-cv-3928
2:23-cv-3931
2:24-cv-634
3:23-cv-291
3:23-cv-294
3:23-cv-297
3:23-cv-302
3:23-cv-307
3:23-cv-317
3:23-cv-323
3:23-cv-324
3:23-cv-325
3:23-cv-328
3:23-cv-334
3:23-cv-336
3:23-cv-351

Judge Walter H. Rice
Mag. Judge Michael R. Merz

---

ORDER REQUIRING THE PARTIES TO SHOW CAUSE WITHIN FOURTEEN (14) DAYS WHY THE CAPITIONED CAUSES SHOULD NOT BE CONSOLIDATED

---

This case is before the Court on its *sua sponte* review of the Complaints of GS Holistic, LLC, in the above-captioned cases. In its review, the Court concludes that the gravamen of the Complaints are virtually identical, and further concludes that consolidation of the "Stundenglass" trademark dispute litigation within this District is proper and in furtherance of the Court's duty "to achieve the orderly and expeditious disposition of cases." *Dietz v. Bouldin*, 579 U.S. 40, 45 (2016), quoting *Link v. Wabash R. Co.*, 370 U.S. 626, 630-31 (1962). Accordingly, the

parties are ORDERED TO SHOW CAUSE within FOURTEEN (14) DAYS of entry as to why the above-numbered cases should not be consolidated. Failure to show cause will result in consolidation of the captioned causes.

IT IS SO ORDERED.

January 23, 2025

Walter H. Rice
WALTER H. RICE, JUDGE
UNITED STATES DISTRICT COURT